IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELDRIDGE PUBLISHING COMPANY, INC.,

    Plaintiff,

v.                                  CASE NO. 4:05cv324-RH/WCS

STEVEN STOLI, etc., et al.,

    Defendants.

_____/

## ORDER FOR DISMISSAL

Plaintiff having filed a notice of voluntary dismissal with prejudice (document 4), the clerk shall enter judgment stating, "This action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)." The clerk shall close the file.

SO ORDERED this 22d day of December, 2005.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge